In the Matter of the Appraisal, under the Transfer Tax Act, of the Estate of JOSEPH NAYLOR, Deceased.

WALTER R. MASON et al., as Executors and Trustees, Appellants; THE COMPTROLLER OF THE STATE OF NEW YORK, Respondent.

*Matter of Naylor*, 120 App. Div. 738, affirmed.
(Argued October 4, 1907; decided October 22, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 15, 1907, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Joseph Naylor, deceased.

*John II. Post* for appellants.

*Thomas B. Casey* and *John S. Jenkins* for respondent.

Order affirmed, with costs ; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, and CHASE, JJ. Absent: HISCOCK, J.